**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                          Case No. 3:00cr91/RV

**DEMETRIUS THOMAS**

_____/

**ORDER REDUCING SENTENCE**

Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc.97/98 )  The Government has certified defendant Thomas's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED.  Accordingly, defendant Thomas's sentence and judgment entered herein on April 10, 2001, is hereby amended and his sentence of imprisonment is reduced from a term of two hundred sixteen (216) months to a term of one hundred forty-four (144) months.  In all other respects, the defendant's judgment of April 10, 2001 (doc. 84), remains in full force and effect.

DONE AND ORDERED this 22nd day of December, 2005.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON
Senior U.S. District  Judge**