# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:00cr91-002/RV

DEMETRIUS THOMAS

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   February 26, 2009

Motion/Pleadings:   Motion for Reduction of Sentence pursuant to Title 18 U.S.C. 3582(c)(2)

Filed by   Defendant              on 3/11/2008        Doc.#      100

RESPONSES:

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/Jerry Marbut

LC (1 OR 2)          Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  2nd   day of   March   , 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.*

*(c) The amendments do not affect the Defendant's sentencing guideline range.*

/s/ *Roger Vinson*

**ROGER VINSON**
**Senior United States District Judge**